Centers for Disease
Control and Prevention

# Healthy Weight, Nutrition, and Physical Activity

# Adult BMI Calculator

COVID-19: Obesity May Increase Risk for Severe Illness

## Adult BMI Calculator - Results

Recalculate BMI

For the information you entered:

Height: 6 feet, 2 inches

Weight: 322 pounds

Your BMI is 41.3, indicating your weight is in the
Obese category for adults of your height.

For your height, a normal weight range would be from
144 to 194 pounds.

People who are overweight or obese are at higher risk
for chronic conditions such as high blood pressure,
diabetes, and high cholesterol.
Anyone who is overweight should try to avoid gaining
additional weight. Additionally, if you are overweight
with other risk factors (such as high LDL cholesterol, low
HDL cholesterol, or high blood pressure), you should try
to lose weight. Even a small weight loss (just 10% of
your current weight) may help lower the risk of disease.
Talk with your healthcare provider to determine
appropriate ways to lose weight.

For information about the importance of a healthy diet
and physical activity in reaching a healthy weight, visit
Healthy Weight.

BMI Healthy Weight

| BMI | Weight Status |
|---|---|
| Below 18.5 | Underweight |
| 18.5 — 24.9 | Normal |
| 25.0 — 29.9 | Overweight |
| 30.0 and Above | Obese |

## Related Resources

- What is BMI?
- How is BMI used?
- What are the BMI trends for adults in the United States?
- Why is BMI used to measure overweight and obesity?
- What are other ways to assess excess body fatness?
- How is BMI calculated?

- How is BMI interpreted for adults?
- Is BMI interpreted the same way for children and teens as it is for adults?
- How good is BMI as an indicator of body fatness?
- If an athlete or other person with a lot of muscle has a BMI over 25, is that person still considered to be overweight?
- What are the health consequences of obesity for adults?

EX 4