

# Federal Correctional Institution McKean
## Photo Sheet



| Date: | Time of Incident: | Institution: | Location |
|---|---|---|---|
| 11/27/2017 | 11:32AM | FCI McKean | Dining hall |

| Inmate Name / Register Number: | Incident Type |
|---|---|
| Bass, John 36470-060 | Fighting |

| Found By: | Photo Taken By: M. Farnham |
|---|---|

Description: Photo of inmate Bass 36470-060 who was engaged in an altercation with inmate Naranjo, Sision 51216-039.



*SENSITIVE - LIMITED OFFICIAL USE*

OC
11-27-17
EX 14