United States District Court
Eastern District of Michigan
Southern Division

United States of America,

        Plaintiff,

    v.

John Bass,

        Defendant.

District Court No. 97-cr-80235-1

Senior United States District
Judge Hon. Arthur J. Tarnow

---

## Notice of Appeal

---

Notice is hereby given that the United States appeals to the

United States Court of Appeals for the Sixth Circuit from the Order

Granting Defendant's Motion to Reduce Sentence Pursuant to 18 U.S.C.

3582(c)(1)(A)(i) [R. 1133], entered in this action on January 22, 2021.

Respectfully submitted,

Saima Mohsin
Acting United States Attorney

*/s/ Timothy Wyse*
Assistant U. S. Attorney
211 W. Fort Street, Suite 2001
Detroit, MI  48226
Phone:  (313) 226-9144
Timothy.Wyse@usdoj.gov

Dated:  January 29, 2021