# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: April 13, 2021

Mr. Douglas R. Mullkoff
Law Office
402 W. Liberty
Ann Arbor, MI 48103

Re: Case No. 21-1094, *USA v. John Bass*
Originating Case No. : 2:97-cr-80235-1

Dear Counsel,

The Court issued the enclosed Order today in this case.

Sincerely yours,

s/Roy G. Ford
Case Manager
Direct Dial No. 513-564-7016

cc: Ms. Kinikia D. Essix
Mr. Andrew Goetz
Ms. Stephanie Franxman Kessler
Ms. Courtney Millian
Mr. Barry J. Pollack

Enclosure

Case No. 21-1094

**UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

**ORDER**

UNITED STATES OF AMERICA

    Plaintiff - Appellant

v.

JOHN BASS

    Defendant - Appellee

  Upon consideration of counsel's motion to be appointed pursuant to the Criminal Justice Act,

  It is **ORDERED** that the motion be, and it hereby is **GRANTED**, and Douglas Mulkoff is hereby appointed.

ENTERED BY ORDER OF THE COURT
Deborah S. Hunt, Clerk

Issued: April 13, 2021