# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

Deborah S. Hunt
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: January 27, 2022

Mr. John Bass
Fait Accompli Legal Services
3319 Greenfield Road
Suite 155
Dearborn, MI 48120

Re: Case No. 21-1094, *USA v. John Bass*
Originating Case No. : 2:97-cr-80235-1

Dear Mr. Bass,

The Court issued the enclosed order today in this case.

Sincerely yours,

s/Cathryn Lovely
Opinions Deputy

cc: Ms. Kinikia D. Essix
    Mr. Andrew Goetz
    Ms. Stephanie Franxman Kessler
    Ms. Courtney Millian
    Mr. Douglas R. Mullkoff
    Mr. Barry J. Pollack

Enclosures

No. 21-1094

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **FILED** |
| Plaintiff - Appellant, | ) | Jan 27, 2022 |
|  | ) | DEBORAH S. HUNT, Clerk |
| v. | ) |  |
|  | ) | O R D E R |
| JOHN BASS, | ) |  |
| Defendant - Appellee. | ) |  |

Before:  ROGERS, WHITE, and MURPHY, Circuit Judges.

Defendant John Bass filed a motion pro se to seal the entirety of the panel's November 3, 2021 opinion, various entries of this court's docket, including filings made by the government, and the district court's original order granting Bass's motion for compassionate release. The panel will not seal the entirety of its opinion or the entries in the Court of Appeals record, but Bass may file a motion to redact specific parts of the Court of Appeals documents for the panel's consideration. To the extent that Bass seeks to seal the opinion of the district court, or any other documents in the district court record, Bass must make that request to the district court. Accordingly, it is hereby ORDERED that the motion to seal (R. 40) is DENIED without prejudice.

Defendant may file a motion to redact the court's opinion, specifying with particularity what matters should be redacted and a statement justifying all proposed redactions. A copy of the opinion is enclosed for this purpose. In the event that Defendant files a motion to redact, the panel invites the response of the government.

ENTERED BY ORDER OF THE COURT

_____
Deborah S. Hunt, Clerk